IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 01-cr-00369-WDM

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

RONNIE RAY LEONARD,

        Defendant.

---

ORDER TERMINATING SUPERVISED RELEASE
PRIOR TO ORIGINAL EXPIRATION DATE

---

        On March 30, 2007, the Probation Department was advised that the defendant had filed a motion through the Federal Public Defender's office requesting early termination of supervision 18 months prior to his scheduled termination date. The Public Defender's office contacted the Government, which did not object to the motion.

Accordingly, it is:

        ORDERED that the defendant be discharged from supervised release and that the proceedings in this case be terminated.

        DATED at Denver, Colorado, this 4th day of April, 2007.

BY THE COURT:

Walker D. Miller
United States District Judge